Copy mailed by chambers 7-8-22 DH

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
MARIE SANDER,                                         :
                        Plaintiff,                    :
v.                                                    :
                                                      :        ORDER
JP MORGAN CHASE, JP MORGAN CHASE                      :
NA, JAMIE DIAMON, KYLE JACOBS, ESQ.,                  :        22 CV 1543 (VB)
and MCCALLA RAYMER LEIBERT                            :
PIERCE, LLC,                                          :
                        Defendants.                   :
--------------------------------------------------------------x
```

On July 7, 2022, plaintiff, proceeding pro se, filed a motion for summary judgment in this case.  (Doc. #19).

First, plaintiff's motion fails to comply with Paragraph 2.B.ii of the Court's individual practices, which requires a party to file a letter, not to exceed three pages, requesting a pre-motion conference and setting forth the basis for the anticipated motion prior to moving for summary judgment.  Therefore, plaintiff's motion is DENIED WITHOUT PREJUDICE to refiling in accordance with the Court's individual practices.

Second, the Court notes there is a fully submitted motion to dismiss pending in this case (Doc. #7), and the Court is unlikely to consider a motion for summary judgment before the motion to dismiss is decided in due course.

Third, plaintiff filed two letters with the Court after she filed her opposition to the motion to dismiss.  (Docs. ##15, 18).  Mindful of plaintiff's pro se status, the Court will consider these letters.  However, plaintiff is ordered to send no further letters in support of her opposition and advised that the Court will disregard any such submissions going forward.

Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: July 8, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge