UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARIE SANDER,

                    Plaintiff,

   -against-                                      22 **CIVIL** 1543 (VB)

                                                            **JUDGMENT**

JPMORGAN CHASE BANK, N.A. (incorrectly
sued herein as "JP MORGAN CHASE" and "JP
MORGAN CHASE NA"); JAMIE DIMON
(incorrectly sued herein as "JAMIE DIAMON");
MCCALLA RAYMER LEIBERT PIERCE LLC
(incorrectly sued herein as "MRLP McCall
RAYMER LEIBERT PIERCE DDLLC"); and
KYLE JACOBS, ESQ.,

                    Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated February 9, 2023, the motion to dismiss is GRANTED. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962); accordingly, the case is closed.

**Dated:**  New York, New York

       February 10, 2023

                                                                         **RUBY J. KRAJICK**

                                                                   _____
                                                                       **Clerk of Court**

                           **BY:**      *K. Mango*

                                                                       _____
                                                                       **Deputy Clerk**